IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **NIKOLAOS ZAHAROPOULOS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 5:22-CV-348 (MTT) |
| | ) | |
| **METROPOLITAN LIFE INSURANCE COMPANY,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

This matter is before the Court on Counterclaimant and Third-Party Plaintiff-in-Interpleader Metropolitan Life Insurance Company's Consent Motion for Appointment of Guardian *ad Litem* for minor Third-Party Defendant J.C. Having considered all matters of record, finding that all parties consent to the entry of this Consent Order, and for good cause shown, the Motion (Doc. 21) is **GRANTED**.

**IT IS ORDERED** that Heather K. Karrh, Esq. of Rogers, Hofrichter & Karrh, LLC is hereby appointed as Guardian *ad Litem* for Defendant J.C., a minor, for purposes of this action.

**IT IS FURTHER ORDERED** that Ms. Karrh shall be paid for her services as J.C.'s Guardian *ad Litem* from the interpleader funds deposited into the Court's Registry by Metropolitan Life Insurance Company, and that Ms. Karrh shall submit an invoice to the Court for approval at the conclusion of her involvement in this action. The Court will

then determine the reasonableness of the fees Ms. Karrh is entitled to receive based on Ms. Karrh's submission of her billing records specifying the services she performed.

**SO ORDERED**, this 10th day of November, 2022.

S/ Marc T. Treadwell  
MARC T. TREADWELL, CHIEF JUDGE  
UNITED STATES DISTRICT COURT