IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| NIKOLAOS ZAHAROPOULOS, | * |
| Plaintiff, | * |
| v. | Case No. 5:22-cv-348(MTT) |
| | * |
| NASIR TAYLOR, et. al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Orders dated October 17, 2023 and September 6, 2023, and for the reasons stated therein, JUDGMENT is hereby entered in favor of the third-party Defendant Nasir Taylor.

This 4th day of January, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk